# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

153942 & (17)(18)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DARIUS MONTEZ KEYS,
　　　　Defendant-Appellant.

SC: 153942
COA: 332494
Kent CC: 15-000178-FH

_____/

　　　　On order of the Court, the application for leave to appeal the May 13, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.





　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016

　　　　　　　　　　　　　　　　Clerk

t1130